IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| COREY DEON LYLES, | * |
| Plaintiff, | * |
| v. | Case No. 7:25-cv-87 (WLS-ALS) |
| | * |
| MARCUS, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 9, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 15th day of October, 2025.

                                                David W. Bunt, Clerk

                                                s/ Katie Logsdon, Deputy Clerk